# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2010

140356 & (54)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TIMOTHY DEMETRIS HOLDEN,
     Defendant-Appellant.

SC: 140356
COA: 284830
Saginaw CC: 03-023823-FH

_____/

     By order of April 28, 2010, this Court denied the defendant's motion to exceed the 50-page limit for his application for leave to appeal and gave the defendant 14 days to submit an application that conformed to the court rules. On order of the Court, a conforming application having been filed, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2010

0708

_____
Clerk